IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**ROBERT PRATT**                                                                                   **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 2:11-CV-144-KS-MTP**

**CHRISTOPHER B. EPPS, et al.**                                                          **DEFENDANTS**


### ORDER ADOPTING REPORT AND RECOMMENDATION

On June 12, 2013, the Magistrate Judge entered a Report and Recommendation [33] that this case be dismissed without prejudice for Plaintiff's failure to prosecute. The Magistrate Judged notified Plaintiff that he had fourteen days to serve and file written objections to the recommendation. Plaintiff failed to respond.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted an independent review of the record and the Magistrate Judge's factual findings and legal conclusions. The Court concludes that the Report and Recommendation [33] is an accurate statement of the facts and correct analysis of the law. The Court adopts it and *sua sponte* dismisses this matter without prejudice pursuant to Rule 41(b).

SO ORDERED AND ADJUDGED this 26th day of July, 2013.


*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE